UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

| | |
|---|---|
| ZACHARY LEWY, JOHN LEE, ERIC KLEMENT, AND BENJAMIN L. PADNOS, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, | : Civil Action No. 1:11-cv-2700 (PKC) <br> : <br> : ECF CASE |
| Plaintiffs, | : |
| vs. | : |
| SKYPEOPLE FRUIT JUICE, INC., RODMAN & RENSHAW, LLC, BDO LIMITED, CHILD, VAN WAGONER & BRADSHAW, PLLC, YONGKE XUE, HONGKE XUE, XIAOQIN YAN, SPRING LIU, NORMAN KO, GUOLIN WANG, ROBERT B. FIELDS, AND JOHN SMAGULA, | : |
| Defendants. | |

-----------------------------------------------------------------x

**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND PAYMENT OF AWARDS TO PLAINTIFFS TO REIMBURSE THEM FOR THEIR TIME**

PLEASE TAKE NOTICE that on January 17, 2014 at 2:00 p.m. in Courtroom 12C of the United States District Court located at 500 Pearl Street, New York, New York, 10007-1312 plaintiffs will and hereby do move the Court, the Honorable P. Kevin Castel, for an award of attorneys' fees, reimbursement of expenses, and payment of awards to Plaintiffs to reimburse them for their time.

This motion is based upon this notice of motion and motion, the accompanying memorandum of law, the accompanying declaration of Laurence M. Rosen in support of the motion, the exhibits attached thereto, and such argument and additional papers as may be submitted to the Court before and at the hearing on this motion.

2

Dated:  December 13, 2013                Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

/s/ Jonathan Horne
Laurence Rosen, Esq. (LR 5733)
Phillip Kim, Esq. (PK 9384)
Jonathan Horne, Esq. (JH 7258)
275 Madison Avenue, 34th Floor
New York, New York 10016
Telephone: 212-686-1060
Facsimile: 212-202-3827

*Counsel for Lead Plaintiffs and the Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 13, 2013, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/__Jonathan Horne_____